

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-18-00005-CR

_____

NOEMI ISABEL NORIA, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. 17-26260

Before Morriss, C.J., Moseley and Burgess, JJ.

ORDER

Our review of the court reporter's record in this case indicates that it contains "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a birth date, a home address, and the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10(a)(3). Volume six of the reporter's record and the State's Exhibit nine contain the name of a person who was a minor at the time the offense was committed. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because Volume six of the reporter's record and the State's Exhibit nine contain sensitive data, we order the clerk of this Court or her appointee, in accordance with Rule 9.10(g), to seal volume six of the electronically filed reporter's record, the electronically filed State's Exhibit nine, and the State's non-electronically filed Exhibit nine.

IT IS SO ORDERED.

BY THE COURT

Date: October 10, 2018